**JUDGE KAPLAN**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**ORIGINAL**

- - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

   - against -

RICHARD VECCHIA,

               Defendant.

: NOTICE OF INTENT TO
: FILE INFORMATION
:
: **08 CRIM 201**

- - - - - - - - - - - - - - - - - - - X

     Please take notice that the United States Attorney's Office will file an information and proceed thereon upon the defendant's waiver of indictment, pursuant to Rule 7(b) of the Federal Rules of Criminal Procedure.

                           MICHAEL J. GARCIA
                           United States Attorney
                           Southern District of New York

By: _____
    Christopher L. Garcia
    Assistant United States Attorney

Dated:  New York, New York
        February 27, 2008

AGREED AND CONSENTED TO:

By: _____
    David Spears, Esq.
    Attorney for Richard Vecchia

Dated:  New York, New York
        February 27, 2008

USDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2/27/08