UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA  :

  - v -  :  ORDER

RICHARD VECCHIA,  :  08 Cr. 201 (LAK)

  Defendant.  :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x



   WHEREAS, with the defendant's consent, his guilty plea allocution was taken before a Magistrate Judge on March 11, 2008;

   WHEREAS, a transcript of the allocution was made and thereafter transmitted to the District Court; and

   WHEREAS, upon review of that transcript, this Court has determined that the defendant entered the guilty plea knowingly and voluntarily and that there is a factual basis for the guilty plea,

   IT IS HEREBY ORDERED that the defendant's guilty plea is accepted.

SO ORDERED:

Dated: April 4, 2008
       New York, New York

                               _____
                               UNITED STATES DISTRICT JUDGE