**SCANNED**

MICHAEL J. GARCIA
United States Attorney for the
Southern District of New York
BY: KATHLEEN A. ZEBROWSKI
86 Chambers Street
New York, New York 10007
Telephone No.: (212) 637-2710
Fax No.: (212) 637-2717

UNTIED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA,

                Plaintiff,

          - v. -

RICHARD VECCHIA,

              Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

SATISFACTION OF JUDGMENT

08 CR 0201 (LAK)

JUDGMENT #: 08,108

U. S. DISTRICT COURT
FILED
JUL 07 2008
S. D. OF N.Y.

SOUTHERN DISTRICT OF NEW YORK

        Satisfaction is acknowledged between United States of America, plaintiff, and Richard Vecchia, defendant, for the fine in the amount of $10,000.00 and the special assessment in the amount of $100.00, amounting in all to the sum of $10,100.00. Judgment entered in the Judgment Book of the United States District Court for the Southern District of New York on the 23rd day of June, 2008.

                                MICHAEL J. GARCIA
                                United States Attorney for the
                                Southern District of New York

              By: _____
                                KATHLEEN A. ZEBROWSKI
                                Assistant United States Attorney

STATE OF NEW YORK)
                ss:
COUNTY OF NEW YORK)

        On the 2nd day of July 2008, before me personally came KATHLEEN A. ZEBROWSKI, Assistant United States Attorney for the Southern District of New York, to me known, and known to me to be the individual described in and who executed the foregoing instrument, and acknowledge that she executed the same.

_____
NOTARY PUBLIC

KATHY TAYLOR
Notary Public, State of New York
No. 01TA5077230
Qualified in Kings County
Commission expires May 5, ____