UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
UNITED STATES OF AMERICA,

       -against-                                       08 Crim. 0201 (LAK)

RICHARD VECCHIA,

                Defendant.
------------------------------------x

## ORDER

LEWIS A. KAPLAN, *District Judge.*

       The terms of the defendant's probation do not require electronic monitoring. Assuming for the sake of discussion that there is any uncertainty on this point, the Court, on application of the defendant and with the consent of the government, hereby modifies the terms of defendant's probation to provide that electronic monitoring shall not be applied.

       The defendant also seeks court intervention with respect to the question whether time spent in business travel should count toward his period of home confinement. That request is denied.

       SO ORDERED.

Dated:     July 30, 2008

                                                  Lewis A. Kaplan
                                            United States District Judge

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/30/08
```